MARY J. MENNONNA, ADMINISTRATRIX OF THE ESTATE OF PASQUALE PRESTO, DECEASED, PLAINTIFF, v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT.

Argued January 17, 1928—Decided July 7, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the rule, *Theodore Strong*.

*Contra, Salvatore Muti.*

PER CURIAM.

This is defendant's rule for a new trial, and the reasons urged for making the rule absolute are that the verdict is against the weight of the evidence and that the damages are excessive.

We have carefully examined the proofs on both points, and reach the conclusion that neither contention is well founded.

The rule is therefore discharged.